United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-16408-sr
Johnny Ballard                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1                    Date Rcvd: Jan 12, 2017
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db              +Johnny Ballard,    5716 Hoffman Avenue,    Philadelphia, PA 19143-3923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
           National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          RAYMOND M. KEMPINSKI    on behalf of Debtor Johnny  Ballard ray@colemankempinski.com,
           ray@colemankempinski.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                          TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| JOHNNY BALLARD | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, | ) | Case No.: 16-16408 (SR) |
| INC. dba GM FINANCIAL | ) | |
| **Moving Party** | ) | **Hearing Date:  1-11-17 at 10:00 AM** |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| JOHNNY BALLARD | ) | |
| SUBRINA P. BALLARD | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | ) | |
| | ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2013 Mitsubishi Outlander** bearing vehicle identification number 4A4AP3AU7DE010089 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: **January 12, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE
**JUDGE STEPHEN RASLAVICH**