United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Johnny Ballard  
     Debtor

Case No. 16-16408-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Oct 02, 2017 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
13880499        +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Johnny  Ballard ray@colemankempinski.com,
               ray@colemankempinski.com
              THOMAS I. PULEO    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16408-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Johnny Ballard
5716 Hoffman Avenue
Philadelphia PA 19143

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/29/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton TX   75006

Name and Address of Transferee:

US Bank Trust National Association as Trustee
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/04/17

Tim McGrath
**CLERK OF THE COURT**