UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYVANIA – (PHILADEPHIA) DIVISION

| | |
|---|---|
| In Re:<br><br>JOHNNY BALLARD,<br><br>     Debtor. | ) Case No.: 16-16408<br>) CHAPTER 13<br>) **REQUEST FOR NOTICE** |

**REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

        INTERESTED PARTIES

    **PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S.

Bank Trust National Association, as Trustee of the Igloo Series III Trust ("BSI"), a creditor in

the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or

documents filed in the above-referenced bankruptcy, including all pleadings or notices under

Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any

adversary proceedings, the filing of any requests for hearing, objections, and/or notices of

motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to

creditors, creditors' committees and parties-in-interest and other notices as required by the

United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced

bankruptcy court.

1    BSI requests that for all notice purposes and for inclusion in the Master Mailing List in

2    this case, the following address be used:

3    **PHYSICAL ADDRESS:**                          **EMAIL ADDRESS:**

4    BSI Financial Services                          prpbk@bsifinancial.com
     1425 Greenway Drive, Ste 400

5    Irving, TX  75038

6

7

8    Dated: October 12,2017              By: s/ Karin Murphy

9                                            Karin Murphy
                                            c/o BSI Financial Services

10                                           Assistant Vice President, Foreclosure and
                                            Bankruptcy

11                                           1425 Greenway Drive, Ste 400
                                            Irving, TX  75038

12                                           972.347.4350
                                            prpbk@bsifinancial.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYVANIA – (PHILADEPHIA) DIVISION

| | |
|---|---|
| In Re: | Case No.: 16-16408 |
| JOHNNY BALLARD, | CHAPTER 13 |
|     Debtor, | **CERTIFICATE OF SERVICE** |

<u>**CERTIFICATE OF SERVICE**</u>

    I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 5120 E. La Palma Ave., Ste. 206, Anaheim, CA 92807.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

2   On October 12, 2017 I served the following documents described as:

3
                            • **REQUEST FOR NOTICE**
4

5   on the interested parties in this action by  placing a true and correct copy thereof in a sealed

6   envelope addressed as follows:

7   (Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Johnny Ballard | FREDERICK L. REIGLE |
| 5716 Hoffman Avenue | Chapter 13 Trustee |
| Philadelphia, PA 19143 | 2901 St. Lawrence Avenue |
| | P.O. Box 4010 |
| **Debtor's Counsel** | Reading, PA 19606 |
| RAYMOND M. KEMPINSKI | 610-779-1313 |
| Law Office of Raymond Kempinski | |
| 1700 Market Street | **U.S. Trustee** |
| Suite 1005 | United States Trustee |
| Philadelphia, PA 19103 | Office of the U.S. Trustee |
| | 833 Chestnut Street |
| | Suite 500 |
| | Philadelphia, PA 19107 |

17

18     xx    (By First Class Mail) At my business address, I placed such envelope for deposit with
the United States Postal Service  by placing them for collection and mailing on that date
19  following ordinary business practices.

20  _____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the
Eastern District of California
21

22     xx  (Federal) I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.
23

24          Executed on October 12, 2017 at Anaheim, California

25   /s/ Jennifer Londo
Jennifer Londo
26

27

28

2
CERTIFICATE OF SERVICE