## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE:  Johnny Ballard

                       Debtor

PROF-2013-M4 Legal Title Trust II, by U.S. Bank
National Association, as Legal Title Trustee, or its
successor and/or assignee

                       Movant

        vs.

Johnny Ballard

                       Respondent

CHAPTER 13

NO. 16-16408 SR

---

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation Plan of PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, which was filed with the Court on or about December 30, 2016 (Document No. 20).

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorneys for Movant

Dated: November 15, 2017