**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| JOHNNY  BALLARD | : | |
| | : | |
| Debtor | : | Bankruptcy No.  16-16403 JKF |

## NOTICE

**NOTICE IS HEREBY GIVEN TO THE UNITED STATES TRUSTEE, THE TRUSTEE, DEBTOR, AND ALL CREDITORS AND PARTIES-IN-INTEREST THAT:**

1.  The Application for Compensation and Reimbursement of Expenses of Raymond M. Kempinski, Counsel for Debtor (the "Application") has been filed requesting approval of compensation in the amount of $3,000.00 and expenses in the amount of $365.00.

2.  The Application is available for inspection at the Office of the Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19106.

3.  The United States Trustee, the Trustee, any creditor and any party-in-interest may file an answer, objection, other responsive pleading or request for hearing, with the Office of the Clerk, United States Bankruptcy Court, whose address is stated in Paragraph 2 above, AND serve a copy thereof on counsel for Debtor(s), whose name and address is listed below, on or before twenty (20) days from the date of service of this Notice.

4.  In the absence of any answer, objection or other responsive pleading, counsel for Debtor(s) will certify to the Court the lack of such objection, and the Court may allow the Application without benefit of hearing.


Counsel for Debtor

Raymond M. Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103


Service Date:  November 17, 2017