United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Johnny Ballard  
    Debtor

Case No. 16-16408-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Nov 20, 2017  
Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db      +Johnny Ballard,    5716 Hoffman Avenue,    Philadelphia, PA 19143-3923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:

         BRIAN CRAIG NICHOLAS     on behalf of Creditor     PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         DENISE ELIZABETH CARLON     on behalf of Creditor     PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor     PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         RAYMOND M. KEMPINSKI     on behalf of Debtor Johnny   Ballard ray@colemankempinski.com, raykemp1006@gmail.com  
         RAYMOND M. KEMPINSKI     on behalf of   Raymond   Kempinski ray@colemankempinski.com, raykemp1006@gmail.com  
         THOMAS I. PULEO     on behalf of Creditor     PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG     on behalf of Creditor     AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                 TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Johnny Ballard
        Debtor(s)                                 Chapter: 13

                                                         Bankruptcy No: 16−16408−jkf

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 16, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                         Jean K. FitzSimon
                                                         Judge ,
                                                         United States Bankruptcy Court