**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                               Case No. 16-16408-JKF
                                                       Chapter 13

JOHNNY BALLARD

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. BANK TRUST NATIONAL ASSOCIATION , AS TRUSTEE OF THE IGLOO SERIES III TRUST[1][2]**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 14th day of December, 2017.

                                                           By:   */s/ Christopher M. McMonagle, Esquire*
                                                                  Christopher M. McMonagle, Esq., Bar No:  316043
                                                                  Stern & Eisenberg, PC
                                                                  1581 Main Street, Suite 200
                                                                  The Shops at Valley Square
                                                                  Warrington, PA 18976
                                                                  Phone: (215) 572-8111
                                                                  Fax: (215) 572-5025
                                                                  cmcmonagle@sterneisenberg.com
                                                                  Attorney for Creditor

---

1     Full title of Creditor is as follows: U.S. BANK TRUST NATIONAL ASSOCIATION , AS TRUSTEE OF THE IGLOO SERIES III TRUST
2     This Loan is currently serviced by BSI Financial Services, Inc.
3     For reference, the property address associated with the undersigned's representation is 5716 Hoffman Ave, Philadelphia, PA 19143.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 14th day of December, 2017, to the following:

Raymond M. Kempinski, Esquire
Law Office of Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103
colemankimber@bmail.com
*Attorney for Debtor(s)*

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Johnny Ballard
5716 Hoffman Avenue
Philadelphia, PA 19143
*Debtor(s)*

Dated this 14th day of December, 2017.

      By:    */s/ Christopher M. McMonagle, Esquire*
              Christopher M. McMonagle, Esq., Bar No: 316043
              Stern & Eisenberg, PC
              1581 Main Street, Suite 200,
              Warrington, PA 18976
              Phone: (215) 572-8111
              Fax: (215) 572-5025
              cmcmonagle@sterneisenberg.com
              Attorney for Creditor