**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| JOHNNY  BALLARD | : | |
| | : | |
| Debtor | : | Bankruptcy No.  16-16408 JKF |

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DEBTOR'S COUNSEL**

I, Raymond Kempinski, counsel for Debtors, do hereby certify that:

1. On November 17, 2017, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of:  (a) the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), upon Debtor, the Standing Trustee and the U.S. Trustee; and (b) the attached Notice of the Application (the "Notice"), upon Debtor, the Standing Trustee, the U.S. Trustee and each holder of a claim against Debtor (collectively the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Application with the Court, and to serve a copy of any such objection upon the undersigned, within twenty-one (21) days from the date of service of the Application.

3. As of the date hereof, no objection to the Application has been served upon the undersigned.

WHEREFORE, the Application is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Application, a copy of which is attached hereto.

Respectfully submitted,

Dated: December 14, 2017         /s/ Raymond Kempinski
                                  Raymond Kempinski, Applicant
                                  1700 Market Street
                                  Suite 1005
                                  Philadelphia, PA 19103

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
    BENJAMIN ROSARIO                   :
    RATSAMY ROSARIO                    :
               Debtor         :        Bankruptcy No.  12-10009 SR

## SERVICE LIST

**Acs Inc**
Attn: Bankruptcy
Po Box 56317
Philadelphia, PA 19130

**Acs/bank Of America**
501 Bleecker St
Utica, NY 13501

**American InfoSource LP as agent for T Mobile/T-Mob**
PO Box 248848
Oklahoma City, OK 73124-8848

**Amsher Collection Service**
Amsher Collections /Attn: Fran Burns
600 Beacon Parkway West, Suite 300
Birmingham, AL 35209

**Asset Acceptance Llc**
Attn: Bankruptcy
Po Box 2036
Warren, MI 48090

**Asset Acceptance LLC**
Po Box 2036
Warren MI 48090

**Bank Of America**
Po Box 982238
El Paso, TX 79998

**Bank of America, N.A.**
P.O. Box 660933