**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| JOHNNY BALLARD | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-16408 JKF |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtors, and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,000.00, and reimbursement of expenses, in the amount of $365.00, are ALLOWED, and the Standing Trustee shall disburse $2,065.00 of such amount to counsel for Debtor in accordance with the terms of Debtor's Chapter 13 Plan.

Dated: _____          _____
                                                                      United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     JOHNNY BALLARD | : | |
| | : | |
|     Debtor | : | Bankruptcy No. 16-16408 JKF |

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DEBTOR'S COUNSEL**

    I, Raymond Kempinski, counsel for Debtors, do hereby certify that:

    1.    On November 17, 2017, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of: (a) the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), upon Debtor, the Standing Trustee and the U.S. Trustee; and (b) the attached Notice of the Application (the "Notice"), upon Debtor, the Standing Trustee, the U.S. Trustee and each holder of a claim against Debtor (collectively the "Interested Parties").

    2.    The Notice required the Interested Parties to file any objection to the Application with the Court, and to serve a copy of any such objection upon the undersigned, within twenty-one (21) days from the date of service of the Application.

    3.    As of the date hereof, no objection to the Application has been served upon the undersigned.

    WHEREFORE, the Application is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Application, a copy of which is attached hereto.

    Respectfully submitted,

Dated: December 14, 2017    /s/ Raymond Kempinski
    Raymond Kempinski, Applicant
    1700 Market Street
    Suite 1005
    Philadelphia, PA 19103