United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Johnny Ballard  
    Debtor

Case No. 16-16408-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Dec 15, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.  
db      +Johnny Ballard,    5716 Hoffman Avenue,    Philadelphia, PA 19143-3923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:

     BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    US Bank Trust National Association as Trustee of the Igloo Series III Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
     DENISE ELIZABETH CARLON    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     RAYMOND M. KEMPINSKI    on behalf of    Raymond Kempinski ray@colemankempinski.com, raykemp1006@gmail.com  
     RAYMOND M. KEMPINSKI    on behalf of Debtor Johnny Ballard ray@colemankempinski.com, raykemp1006@gmail.com  
     THOMAS I. PULEO    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                                          TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    JOHNNY  BALLARD | : | |
| | : | |
|    Debtor | : | Bankruptcy No.  16-16408 JKF |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtors, and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,000.00, and reimbursement of expenses, in the amount of $365.00, are ALLOWED, and the Standing Trustee shall disburse $2,065.00 of such amount to counsel for Debtor in accordance with the terms of Debtor's Chapter 13 Plan.

Dated: _____                    _____
                                                United States Bankruptcy Judge

**Date: December 15, 2017**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     JOHNNY BALLARD | : | |
| | : | |
|     Debtor | : | Bankruptcy No. 16-16408 JKF |

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DEBTOR'S COUNSEL**

I, Raymond Kempinski, counsel for Debtors, do hereby certify that:

1. On November 17, 2017, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of: (a) the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), upon Debtor, the Standing Trustee and the U.S. Trustee; and (b) the attached Notice of the Application (the "Notice"), upon Debtor, the Standing Trustee, the U.S. Trustee and each holder of a claim against Debtor (collectively the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Application with the Court, and to serve a copy of any such objection upon the undersigned, within twenty-one (21) days from the date of service of the Application.

3. As of the date hereof, no objection to the Application has been served upon the undersigned.

WHEREFORE, the Application is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Application, a copy of which is attached hereto.

                                                    Respectfully submitted,

Dated: December 14, 2017            /s/ Raymond Kempinski
                                            Raymond Kempinski, Applicant
                                            1700 Market Street
                                            Suite 1005
                                            Philadelphia, PA 19103