IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                              Chapter 13

JOHNNY BALLARD

        Debtor                                       Case No. 16-16408-JKF

_____

## ORDER

AND NOW, it is ORDERED that the Order requiring the filing of a Financial Management Course Certificate and a Domestic Support Obligation Certificate  erroneously entered by the clerks' office on June 3, 2020 (Doc. #78) is VACATED.

Dated: June 8, 2020

JEAN K. FITZSIMON
United States Bankruptcy Judge