| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-16408-AMC**

JOHNNY BALLARD  
5716 HOFFMAN AVENUE  
PHILADELPHIA  PA     19143

Petition Filed Date: 09/12/2016  
341 Hearing Date: 12/09/2016  
Confirmation Date: 11/16/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $565.00 | 25553524667 | 01/30/2019 | $565.00 | 25688457167 | 02/28/2019 | $565.00 | 25688485798 |
| 03/07/2019 | $565.00 | 25688490546 | 03/21/2019 | $565.00 | 25553529887 | 05/22/2019 | $565.00 | 25828859665 |
| 07/08/2019 | $565.00 | 25893734040 | 08/28/2019 | $565.00 | 26127613506 | 10/09/2019 | $565.00 | 26188010504 |
| 10/23/2019 | $565.00 | 26188015465 | 10/30/2019 | $565.00 | 26188008794 | 11/20/2019 | $565.00 | 26188023194 |
| 12/18/2019 | $565.00 | 25954263797 | 02/11/2020 | $565.00 | 26338446641 | 03/03/2020 | $565.00 | 26544678985 |
| 04/21/2020 | $565.00 | 26516578252 | 06/02/2020 | $565.00 | 26710271065 | 07/22/2020 | $565.00 | 26863908491 |

**Total Receipts for the Period: $10,170.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,445.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Unsecured Creditors | $3,568.94 | $0.00 | $3,568.94 |
| 5 | BSI FINANCIAL SERVICES<br>»» 05A | Mortgage Arrears | $19,418.11 | $13,413.07 | $6,005.04 |
| 5 | BSI FINANCIAL SERVICES<br>»» 05B | Mortgage Arrears | $4,537.30 | $3,134.12 | $1,403.18 |
| 1 | CACH LLC<br>»» 001 | Unsecured Creditors | $403.65 | $0.00 | $403.65 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $673.53 | $465.26 | $208.27 |
| 3 | US DEPT OF EDUCATION<br>»» 003 | Unsecured Creditors | $6,586.65 | $0.00 | $6,586.65 |
| 6 | RAYMOND M KEMPINSKI ESQ<br>»» 006 | Attorney Fees | $2,065.00 | $2,065.00 | $0.00 |

**Chapter 13 Case No. 16-16408-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,445.00 | Current Monthly Payment: | $565.00 |
| Paid to Claims: | $19,077.45 | Arrearages: | $1,270.00 |
| Paid to Trustee: | $1,859.05 | Total Plan Base: | $30,060.00 |
| Funds on Hand: | $508.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.