**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **In Re:** : | : **Chapter 13** |
| **Johnny Ballard** : | : Case No. 16-16408-AMC |
| **Debtor,** : | |
| U.S. Bank Trust National Association : as Trustee of the Igloo Series III Trust : | |
| Movant, : v. : | |
| Johnny Ballard : | |
| Debtor, : and : | |
| Scott F. Waterman, Esquire : Trustee, : | : 11 U.S.C. §362(d) |
| Respondents. : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

AND NOW, upon the Certification of Default of PARKER McCAY P.A., Attorneys for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*5716 Hoffman Avenue, Philadelphia, PA 19143*

2.   Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3.   The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

BY THE COURT

Date:_____

**Date: August 13, 2020**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

RAYMOND M. KEMPINSKI
KEMPINSKI LAW
1154 S. 9th Street, Unit 1
Philadelphia, PA 19147
DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY

Johnny Ballard
5716 Hoffman Avenue
Philadelphia, PA 19143
DEBTOR – SERVED VIA REGULAR MAIL

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
SERVED ELECTRONICALLY