United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16408-amc
Johnny Ballard                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Christina           Page 1 of 1              Date Rcvd: Aug 13, 2020
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Johnny Ballard,    5716 Hoffman Avenue,    Philadelphia, PA 19143-3923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    US Bank Trust National Association as Trustee of the
               Igloo Series III Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    US Bank Trust National Association as Trustee
               of the Igloo Series III Trust cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              RAYMOND M. KEMPINSKI    on behalf of  Raymond  Kempinski raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Johnny  Ballard raykemp1006@gmail.com,
               raykemp1006@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| **In Re:** | : |
| | : **Chapter 13** |
| **Johnny Ballard** | : Case No. 16-16408-AMC |
| | : |
| **Debtor,** | : |
| | |
| U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust | : |
| Movant, | : |
| v. | : |
| Johnny Ballard | : |
| Debtor, and | : |
| Scott F. Waterman, Esquire Trustee, | : 11 U.S.C. §362(d) |
| Respondents. | : |

**ORDER MODIFYING §362 AUTOMATIC STAY**

AND NOW, upon the Certification of Default of PARKER McCAY P.A., Attorneys for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1.  The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*5716 Hoffman Avenue, Philadelphia, PA 19143*

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

BY THE COURT

Date:_____  
**Date: August 13, 2020**

_____  
ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE

RAYMOND M. KEMPINSKI  
KEMPINSKI LAW  
1154 S. 9th Street, Unit 1  
Philadelphia, PA 19147  
DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY

Johnny Ballard  
5716 Hoffman Avenue  
Philadelphia, PA 19143  
DEBTOR – SERVED VIA REGULAR MAIL

Scott F. Waterman, Esq.  
Chapter 13 Trustee  
2901 St. Lawrence Ave., Suite 100  
Reading, PA 19606  
CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY

U.S. Trustee's Office  
200 Chestnut Street, Suite 502  
Philadelphia, PA 19106  
SERVED ELECTRONICALLY