**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Johnny Ballard                        :        Case No.: 16 – 16408 – amc
:
:
:

**ENTRY/WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter my appearance for Debtor, Johnny Ballard, in the above-captioned matter.

                              Respectfully Submitted:

Date: October 1, 2020          /s/ Demetrius J. Parrish, Jr.
                                        Demetrius J. Parrish, Jr., Esquire
                                        Attorney ID No.: Pa – 57512
                                        7715 Crittenden Street, #360
                                        Philadelphia, Pa. 19118
                                        (215) 735 – 3377/(215) 827 – 5420 fax
                                        Email: djpesq@gmail.com

TO THE CLERK OF COURT:

    Kindly withdraw my appearance for Debtor, Johnny Ballard in the above-captioned matter.

                              Respectfully Submitted:

Date:

                                        /s/ Raymond Kempinski
                                        Raymond Kempinski, Esquire