United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16408-amc |
| Johnny Ballard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Feb 08, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Johnny Ballard, 5716 Hoffman Avenue, Philadelphia, PA 19143-3923 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN E. CAINE
     on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

CHRISTOPHER M. MCMONAGLE
     on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com

DEMETRIUS J. PARRISH
     on behalf of Debtor Johnny Ballard djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com

DENISE ELIZABETH CARLON
     on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

bkgroup@kmllawgroup.com

**MATTEO SAMUEL WEINER**
on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com

**POLLY A. LANGDON**
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

**RAYMOND M. KEMPINSKI**
on behalf of Raymond Kempinski raykemp1006@gmail.com raykemp1006@gmail.com

**SCOTT F. WATERMAN (Chapter 13)**
ECFMail@ReadingCh13.com

**THOMAS I. PULEO**
on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re:<br><br>**Johnny Ballard**<br>              **Debtor,**<br>------------------------------------------------<br>Johnny Ballard<br>              Movant,<br>    v.<br>U.S. Bank Trust National Association<br>as Trustee of the Igloo Series III Trust<br>              Respondent, | Chapter 13<br>Case No. 16-16408-AMC<br><br><br><br><br><br>Hearing Date/Time<br>   January 6, 2021 at 11:00 a.m.<br><br><br>Related to Docket No. 88. |

**STIPULATION RESOLVING DEBTOR'S**
**MOTION TO REINSTATE AUTOMATIC STAY**

THIS matter being opened to the Court by Demetrius J. Parrish, Esq., appearing on behalf of Debtor, Johnny Ballard, and an opposition having been filed by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, (hereinafter "U.S. Bank"), upon a Motion filed by the Debtor to reinstate the automatic stay as to the property commonly known as 5716 Hoffman Avenue, Philadelphia PA 19143, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of December 3, 2020, the arrears under the terms of the Stipulation resolving the motion for relief from stay was $6,546.38.

2. The Debtor made a payment to U.S. Bank in the amount of $6,000.00 on or about December 8, 2020.

3. The Debtor made a payment to U.S. Bank in the amount $700.00 on or about December 31, 2020.

4. As of January 5, 2021, the Debtor was due for the mortgage payment due January 1, 2021.

5. The debtor agrees to reimburse the Movant $950.00 for its attorney fees related to the certification of default and defense of this motion, and shall accomplish this by adding $118.75 to the regular monthly payments each due January 1, 2021 to August 1, 2021.

6. The debtor will resume regular monthly payments to Movant starting with the September 1, 2021 payment, and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

7. If the Debtor fails to make any of the payments stated herein, then counsel for the Movant may send Debtor and Debtor's attorney a notice of default, and the Debtor shall have 10 days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay and co-debtor stay, as to the mortgaged property herein.

8. Debtor agrees that U.S. Bank may not exceed attorney fees of $100 for each notice of default letter.

(*remainder of page intentionally left blank*)

*The undersigned hereby consent to the form and entry of the within Stipulation.*

__/s/Brian E. Caine__        __/s/ Demetrius J. Parrish_____
Brian E. Caine, Esquire        Demetrius J. Parrish, Esquire
Parker McCay P.A.        The Law Offices of Demetrius J. Parrish
9000 Midlantic Drive, Suite 300        7715 Crittenden Street, #360
Mount Laurel, NJ 08054        Philadelphia, PA 19118
(856) 985-4059        (215) 735-3377
bcaine@parkermccay.com        djpesq@gmail.com


__/s/Polly A. Langdon_____
Concurrence by the Office of the Chapter 13 Trustee


It is hereby **ORDERED**, that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.

Date: _____        _____
**Date: February 8, 2021**        ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE