| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 16-16408-AMC

JOHNNY BALLARD
5716 HOFFMAN AVENUE
PHILADELPHIA  PA    19143

Petition Filed Date: 09/12/2016
341 Hearing Date: 12/09/2016
Confirmation Date: 11/16/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/11/2020 | $565.00 | 26338446641 | 03/03/2020 | $565.00 | 26544678985 | 04/21/2020 | $565.00 | 26516578252 |
| 06/02/2020 | $565.00 | 26710271065 | 07/22/2020 | $565.00 | 26863908491 | 09/16/2020 | $65.00 | 19136141424 |
| 09/16/2020 | $500.00 | 19136141422 | 09/29/2020 | $65.00 | 19136141955 | 09/29/2020 | $500.00 | 19136141954 |
| 10/19/2020 | $500.00 | 19186259003 | 10/19/2020 | $500.00 | 19186259004 | 10/19/2020 | $65.00 | 19186259005 |
| 10/19/2020 | $65.00 | 19186259006 | 01/25/2021 | $65.00 | 19203952237 | 01/25/2021 | $500.00 | 19203952236 |
| 02/23/2021 | $500.00 | 19223372934 | 02/23/2021 | $65.00 | 19223372935 | 03/17/2021 | $500.00 | 19237441893 |
| 03/17/2021 | $65.00 | 19237441894 | 03/30/2021 | $565.00 | 27242904227 | 05/19/2021 | $565.00 | 27199236778 |

**Total Receipts for the Period: $7,910.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,530.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»»  002 | Unsecured Creditors | $3,568.94 | $0.00 | $3,568.94 |
| 5 | BSI FINANCIAL SERVICES<br>»»  05A | Mortgage Arrears | $19,418.11 | $16,272.93 | $3,145.18 |
| 5 | BSI FINANCIAL SERVICES<br>»»  05B | Mortgage Arrears | $4,537.30 | $3,802.37 | $734.93 |
| 1 | CACH LLC<br>»»  001 | Unsecured Creditors | $403.65 | $0.00 | $403.65 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $673.53 | $607.09 | $66.44 |
| 3 | US DEPT OF EDUCATION<br>»»  003 | Unsecured Creditors | $6,586.65 | $0.00 | $6,586.65 |
| 6 | RAYMOND M KEMPINSKI ESQ<br>»»  006 | Attorney Fees | $2,065.00 | $2,065.00 | $0.00 |
| 0 | DEMETRIUS J PARRISH JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-16408-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,530.00 | Current Monthly Payment: | $565.00 |
| Paid to Claims: | $22,747.39 | Arrearages: | $1,270.00 |
| Paid to Trustee: | $2,265.84 | Total Plan Base: | $30,060.00 |
| Funds on Hand: | $1,516.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.