Certificate Number: 05781-PAE-DE-036028886

Bankruptcy Case Number: 16-16408



0781-PAE-DE-036028886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2021, at 7:18 o'clock PM PDT, Johnny Ballard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 29, 2021          By:  /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President