Certificate Number: 05781-PAE-DE-036028886

Bankruptcy Case Number: 16-16408



05781-PAE-DE-036028886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2021, at 7:18 o'clock PM PDT, Johnny Ballard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 29, 2021             By:     /s/Allison M Geving

                                       Name:   Allison M Geving

                                       Title:  President