United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                             Case No. 16-16408-amc

Johnny Ballard                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3

Date Rcvd: Oct 05, 2021                   Form ID: 138OBJ                               Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnny Ballard, 5716 Hoffman Avenue, Philadelphia, PA 19143-3923 |
| 13790273 | + | Fay Servicing Llc, 939 W North Ave Ste 680, Chicago, IL 60642-7138 |
| 13790274 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13792356 | + | Jamie D. Hanawalt, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 13991163 | + | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 13790277 | + | Us Dept Ed, Po Box 1030, Coraopolis, PA 15108-6030 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 05 2021 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 05 2021 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13790270 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 05 2021 23:43:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 13806466 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 05 2021 23:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13790271 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 05 2021 23:43:00 | AmeriCredit/GM Financial, Po Box 183583, Arlington, TX 76096-3583 |
| 13803727 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2021 23:50:24 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 13878973 | + | Email/Text: megan.harper@phila.gov | Oct 05 2021 23:43:00 | City of Philadelphia Law Department, Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, Pennsylvania 19102-1640 |
| 13790272 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 05 2021 23:43:00 | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 13790275 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 23:50:32 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 13790276 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2021 23:50:33 | Square One Financial/Cach Llc, 4340 S Monaco St, 2nd Floor, Denver, CO 80237-3485 |

13824515          + Email/Text: electronicbkydocs@nelnet.com

| | | |
|---|---|---|
| | Oct 05 2021 23:43:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13814243 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13880499 | ##+ | Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton TX 75006-3357 |
| 14031691 | ##+ | Law Office of Raymond Kempinski, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| DEMETRIUS J. PARRISH | on behalf of Debtor Johnny Ballard djpbkpa@gmail.com  djp711@aol.com;r60715@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| RAYMOND M. KEMPINSKI | on behalf of Raymond Kempinski raykemp1006@gmail.com  raykemp1006@gmail.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-2                          User: admin                          Page 3 of 3
Date Rcvd: Oct 05, 2021                       Form ID: 138OBJ                       Total Noticed: 18

THOMAS I. PULEO

on behalf of Creditor PROF-2013-M4 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com


TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Johnny Ballard

            Debtor(s)

Case No: 16−16408−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/5/21

110 − 102
Form 138OBJ