United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16408-amc |
| Johnny Ballard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnny Ballard, 5716 Hoffman Avenue, Philadelphia, PA 19143-3923 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 23 2021 22:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2021 22:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 23 2021 22:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: 138FIN | Total Noticed: 4 |

    on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**BRIAN E. CAINE**
    on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

**CHRISTOPHER M. MCMONAGLE**
    on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com

**DEMETRIUS J. PARRISH**
    on behalf of Debtor Johnny Ballard djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com

**DENISE ELIZABETH CARLON**
    on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com

**MATTEO SAMUEL WEINER**
    on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com

**POLLY A. LANGDON**
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

**RAYMOND M. KEMPINSKI**
    on behalf of Raymond Kempinski raykemp1006@gmail.com raykemp1006@gmail.com

**SCOTT F. WATERMAN (Chapter 13)**
    ECFMail@ReadingCh13.com

**THOMAS I. PULEO**
    on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Johnny Ballard
        Debtor(s)

Case No: 16−16408−amc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/23/21