United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16408-amc |
| Johnny Ballard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 24, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Johnny Ballard, 5716 Hoffman Avenue, Philadelphia, PA 19143-3923 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 26, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor PROF-2013-M4 Legal Title Trust II  by U.S. Bank National Associaton, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN E. CAINE | |
| | on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| DEMETRIUS J. PARRISH | |
| | on behalf of Debtor Johnny Ballard djpbkpa@gmail.com  djp711@aol.com;r60715@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PROF-2013-M4 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 195 | Total Noticed: 1 |

bkgroup@kmllawgroup.com

**MATTEO SAMUEL WEINER**
    on behalf of Creditor PROF-2013-M4 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com

**POLLY A. LANGDON**
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

**RAYMOND M. KEMPINSKI**
    on behalf of Raymond Kempinski raykemp1006@gmail.com  raykemp1006@gmail.com

**SCOTT F. WATERMAN (Chapter 13)**
    ECFMail@ReadingCh13.com

**THOMAS I. PULEO**
    on behalf of Creditor PROF-2013-M4 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Johnny Ballard                                                                 : Case No. 16−16408−amc
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , January 24, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

119
Form 195